IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN COX, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 16-0350-CG-N |
| | ) |
| NAVIENT SOLUTIONS, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 18), representing that the parties will proceed through arbitration, this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)((A)(ii) of the Federal Rules of Civil Procedure.  Each party is to bear his or its own fees and costs.

**DONE and ORDERED** this 3rd day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE